UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

ELAINE L. CHAO, Secretary of Labor,

        Plaintiff,

vs.

A LOVING HEART, Corp., et al.,

        Defendant.

C06-790 TSZ

**MINUTE ORDER REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Thomas S. Zilly, United States District Judge.

All future documents filed in this case must bear the cause number C06-790 TSZ and bear the Judge's name in the upper right hand corner of the document.

Dated this 12th day of June, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
      Peter H. Voelker, Deputy Clerk

Dockets.Justia.com